UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN BLISS, ) ) Plaintiff, ) ) vs. ) ) JO ANNE B. BARNHART, ) Commissioner of Social Security, ) ) Defendant. ) | Case No. 4:06-CV-917 CEJ |

## **ORDER**

This matter is before the Court upon the application of Brian Bliss for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #1] is **GRANTED**. See 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 16th day of June, 2006.

_____
**UNITED STATES DISTRICT JUDGE**