```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                    SOUTHEASTERN DIVISION
```

BRIAN BLISS,                     )
                                 )
        Plaintiff,           )
                                 )
    vs.                        )    No. 4:06-CV-917 (CEJ)
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social           )
Security,                        )
                                 )
        Defendant.           )

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Michael J. Astrue and against plaintiff Brian Bliss. The parties shall bear their respective costs.

                                              CAROL E. JACKSON
                                              UNITED STATES DISTRICT JUDGE

Dated this 18th day of September, 2007.